UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL MARTINKA,<br><br>          Plaintiff,<br><br> - against -<br><br>BROWNSTONER MEDIA LLC<br><br>          Defendant. | Docket No. 1:20-cv-168<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Paul Martinka ("Martinka" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Brownstoner Media LLC ("Brownstoner Media" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of two copyrighted photographs of a Brooklyn Synagogue fire, owned and registered by Martinka, a New York based professional photographer. Accordingly, Martinka seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides in and/or transacts business in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Martinka is a professional photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at 70 Dahill Road #3H, Brooklyn, New York 11218.

6. Upon information and belief, Brownstoner Media is a domestic limited liability company duly organized and existing under the laws of the State of Delaware, with a place of business at 1 MetroTech Center North, 10th Floor, Brooklyn, New York 11201. Upon information and belief, Brownstoner Media is registered with the New York Department of State, Division of Corporations to do business in the State of New York. At all times material, hereto, Brownstoner Media has owned and operated a website at the URL: www.Brownstoner.com (the "Website").

## STATEMENT OF FACTS

### A. Background and Plaintiff's Ownership of the Photographs

7. Martinka photographed a Brooklyn Synagogue fire (the "Photographs"). A true and correct copy of the Photographs is attached hereto as Exhibit A.

8. Martinka is the author of the Photographs and has at all times been the sole owner of all right, title and interest in and to the Photographs, including the copyright thereto.

9. The Photographs were registered with the United States Copyright Office and were given registration number VA 2-080-396.

### B. Defendant's Infringing Activities

10. On December 18, 2017, Brownstoner Media ran an article on the Website entitled *Bed Stuy Synagogue Raises Thousands of Dollars to Rebuild After Fire.* See:

https://www.brownstoner.com/brooklyn-life/brooklyn-synagogue-1006-greene-avenue-bed-stuy-

[bnai-adath-koi-beth-yisrael/](bnai-adath-koi-beth-yisrael/). The article featured the Photographs. A screenshot of the Photographs on the article is attached hereto as Exhibit B.

11. Brownstoner Media did not license the Photographs from Plaintiff for its article, nor did Brownstoner Media have Plaintiff's permission or consent to publish the Photographs on its Website.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST BROWNSTONER MEDIA)**
**(17 U.S.C. §§ 106, 501)**

13. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

14. Brownstoner Media infringed Plaintiff's copyright in the Photographs by reproducing and publicly displaying the Photographs on the Website. Brownstoner Media is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photographs.

15. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

16. Upon information and belief, the foregoing acts of infringement by Brownstoner Media have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

17. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

18. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photographs, pursuant to 17 U.S.C. § 504(c).

19. Plaintiff further is entitled to his attorney's fees and full costs pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Brownstoner Media be adjudged to have infringed upon Plaintiff's copyrights in the Photographs in violation of 17 U.S.C §§ 106 and 501;

2. Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photographs; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
      January 8, 2020

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
     Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Paul Martinka*